DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**REUEL J. LABSON,**
Appellant,

v.

**JENNY RAMIREZ, MERCEDES RAMIREZ,**
and **INFINITY AUTO INSURANCE COMPANY,**
Appellees.

No. 4D16-3710

[October 11, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald W. Hafele, Judge; L.T. Case No. 2014CA013090XXXXMB.

Glenn J. Garrett of Glenn J. Garrett, P.A., Sunrise, for appellant.

Wayne T. Hrivnak of Law Office of Davis, Giardino & Hrivnak, P.A., West Palm Beach, for appellees.

PER CURIAM.

*Affirmed. See State Farm Mutual Automobile Ins. Co. v. Kilbreath,* 419 So. 2d 632 (Fla. 1982).

GERBER, C.J., MAY and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***